**No. 66082.**—The East Asiatic Company, Inc., et al. *v.* United States, protests 299161–K, etc. (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiffs was sustained.

**No. 66083.**—Excelsior Pearl Works, Inc., and Chas. H. Asche & Co., Inc. *v.* United States, protests 60/5962 and 60/2848 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of manufactures of shell similar in all material respects to those the subject of *Charles A. Redden, Inc., et al.* v. *United States* (44 Cust. Ct. 241, C.D. 2181), the claim of the plaintiffs was sustained.

**No. 66084.**—F. C. Mackay *v.* United States, protests 59/9178, etc. (Pembina).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

**No. 66085.**—Associated Custom House Brokers *v.* United States, protest 59/21354 (Rochester).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

**No. 66086.**—Guy B. Barham Co. and A. E. Shahan Co. *v.* United States, protest 59/29132 (Los Angeles).